THE STATE EX REL. CARPENTER, APPELLANT, *v.* CLEVELAND
CHIEF OF POLICE ET AL., APPELLEES.

[Cite as *State ex rel. Carpenter v. Cleveland
Chief of Police* (1993), 66 Ohio St.3d 58.]

(No. 92–2152—Submitted February 9, 1993—Decided March 31, 1993.)

*Danny Carpenter, pro se.*

This cause is affirmed on authority of *State ex rel. Williams v. Cleveland* (1992), 64 Ohio St.3d 544, 597 N.E.2d 147.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., not participating.